# UNITED STATES DISTRICT COURT
for the
District of Delaware

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

[REDACTED]

Case No. 24-110M

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A", incorporated herein.

located in the _____ District of ____Delaware____, there is now concealed *(identify the person or describe the property to be seized)*:

An Apple IPAD, model number unknown, used by Darius Matylewich.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1201 | Kidnapping |

The application is based on these facts:
See Attached Affidavit, incorporated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Brian S. Mitchell*
Applicant's signature

FBI SA Brian S. Mitchell
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____Telephone____ *(specify reliable electronic means)*.

Date: 04/15/2024

*[signature]*
Judge's signature

City and state: Wilmington, Delaware

U.S. Magistrate Judge Sherry R. Fallon
Printed name and title

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF THE SEARCH OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Case No. 24-

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Brian S. Mitchell, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (the "**SUBJECT PREMISES**") described below in Attachment A, for evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 1201 (Kidnapping) (hereinafter, the "SPECIFIED FEDERAL OFFENSE"), specifically an Apple IPAD, model number unknown, used by **DARIUS MATYLEWICH** (hereinafter, "**MATYLEWICH**").

2. I am a Special Agent with the Federal Bureau of Investigation (the "FBI") and have been so employed since July of 2017. I am currently assigned to the Baltimore Field Office of the FBI, in the Wilmington, Delaware Resident Agency. I have received specialized training in human trafficking and child exploitation investigations, computer and cell phone analysis for police investigations, search warrant writing, and the enforcement of federal laws.

1

3. I have learned about violent crimes against children through training at the FBI Academy, various conferences and trainings, and everyday work related to conducting such investigations. I am aware that those who travel in interstate commerce and use interstate facilities for the purposes of committing offenses against children commonly use electronic devices in furtherance of their illegal activities. The electronic devices are used to access the internet for communication with potential victims and storing images/videos.

4. The statements contained in this affidavit are based in part on information and reports provided by U.S. federal law enforcement agents and state law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals, and my experience, training, and background as a Special Agent. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish that there is sufficient probable cause for the requested warrant.

5. I am a federal law enforcement officer who is engaged in enforcing criminal laws, including the SPECIFIED FEDERAL OFFENSE. I am authorized by law to request a search warrant.

6. As set forth more fully below, there is probable cause to believe that **MATYLEWICH** facilitated the unlawful kidnapping of a minor female (hereinafter, "VICTIM") and transported the VICTIM in interstate commerce, in violation of the SPECIFIED FEDERAL OFFENSE. Furthermore, there is probable cause to believe that **MATYLEWICH** used the **SUBJECT PREMISES** to store and maintain electronic devices that contain Child Sexual Abuse

2

Material (CSAM) of the VICTIM in relation to the SPECIFIED FEDERAL OFFENSE. There is thus probable cause to believe that the **SUBJECT PREMISES** contains evidence, fruits, and instrumentalities of violations of the SPECIFIED FEDERAL OFFENSE.

7. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of the SPECIFIED FEDERAL OFFENSE are located on the TARGET DEVICES.

**SPECIFIED FEDERAL OFFENSE**

8. Title 18, United States Code, Section 1201 states as follows:

> (a) Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when;
> (1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense

9. As set forth more fully below, there is probable cause to believe that **MATYLEWICH** facilitated the travel of the VICTIM in interstate commerce with the intent of kidnapping, in violation of the SPECIFIED FEDERAL OFFENSE. There is also probable cause to believe that **MATYLEWICH** stored and maintained electronic devices at the **SUBJECT PREMISES** containing CSAM in furtherance of this offense. Therefore, there is probable cause to believe that the **SUBJECT PREMISES** contains evidence, fruits, and instrumentalities of

3

violations of the SPECIFIED FEDERAL OFFENSE.

## PROBABLE CAUSE

**A.  Paterson Police Department, NJ Responds to a Call for a Juvenile Incident**

10.    On June 5, 2023, the Paterson Police Department (hereinafter the "PPD") responded to a call for service at ▇▇▇▇▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for a juvenile incident.  This address was later identified as the residence of the VICTIM.

11.    The VICTIM's mother reported that the VICTIM was communicating with **MATYLEWICH** via an online video game account on SONY PLAYSTATION.  The VICTIM's mother also reported to PPD that the VICTIM had met with **MATYLEWICH** in the vicinity of their residence.

12.    The VICTIM had been communicating with **MATYLEWICH** for approximately two months via the SONY PLAYSTATION, as well as through social media applications TIKTOK and SNAPCHAT.

13.    The day prior, on or about June 4, 2023, the VICTIM was transported to St. Joseph's Children Hospital in New Jersey for an unrelated incident.   While at the hospital, the VICTIM made statements to the Doctor in reference to a sexual exchange between the VICTIM and **MATYLEWICH**.

**B.  Wayne Police Department, NJ Responds to a Call for a Missing Juvenile Incident**

14.    On September 10, 2023, Wayne New Jersey Police Department (hereinafter "WPD") responded to the Quality Inn Hotel located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ in reference to a missing juvenile.

15.    Officers contacted the VICTIM's mother who stated that that VICTIM went

4

missing from their hotel room since approximately 5:00 am. The VICTIM's brother observed the VICTIM leave the room wearing a backpack.

16. The VICTIM's mother advised officers that the VICTIM previously went missing in Paterson, NJ and she believed that the VICTIM could be with a 27-year-old male known as "Darius." The VICTIM's mother stated the VICTIM previously told her she had met with "Darius" in person and communicated with "Darius" via DISCORD, SNAPCHAT and TIKTOK.

17. The VICTIM's mother provided officers the FACEBOOK account for "Darius" as "Darius Styles". Through a search of the Facebook account, Officers were able to identify "Darius" and "Darius Styles" as **MATYLEWICH**.

18. WPD was able to identify an address for **MATYLEWICH** as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (**SUBJECT PREMISES**).

19. WPD Officers contacted **MATYLEWICH**, via cell phone (484-948-6345), which was later determined to be **MATYLEWICH's** cell phone, a black Apple IPhone. Officers identified themselves and spoke with MATYLEWICH. During the call, **MATYLEWICH** confirmed that he had picked up the VICTIM from the Quality Inn in New Jersey and drove her to the **SUBJECT PREMISES**. Also, during the call, **MATYLEWICH** stated that he thought the VICTIM was 13 years old.

20. WPD then contacted New Castle County Police Department, (hereinafter "NCCPD") to respond to the SUBJECT PREMISES residence to recover the VICTIM.

21. WPD authored charges on **MATYLEWICH** from the Passaic County Prosecutor's Office for Kidnapping and Endangering the Welfare of a Child.

**C. NCCPD Responds to MATYLEWICH's Bear, DE Residence**

22. On September 10, 2023, NCCPD officers responded to **MATYLEWICH's**

residence, the **SUBJECT PREMISES**, to assist WPD in locating the VICTIM.

23. Upon arrival, NCCPD officers contacted **MATYLEWICH**, who advised that the VICTIM was inside the **SUBJECT PREMISES** and NCCPD officers recovered the VICTIM without incident.

24. The VICTIM was recovered from the residence and transported to Nemours Children's Hospital located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for an evaluation.

25. **MATYLEWICH** was taken into custody for the outstanding warrants from WPD and was interviewed at NCCPD Headquarters.

26. **MATYLEWICH** was found to be in possession of an Apple iPhone which was taken into the custody of NCCPD as evidence. The Apple iPhone was transferred to the custody of the FBI (on October 30, 2023), where it was entered as evidence.

27. During the interview, **MATYLEWICH** stated he began chatting with the VICTIM on PLAYSTATION after playing the game "Dead by Daylight" with the VICTIM.

28. **MATYLEWICH** stated they would also communicate via several online applications including DISCORD and SNAPCHAT.

29. **MATYLEWICH** said he knew the VICTIM was "13 years old" and the VICTIM knew he was 27 years old. **MATYLEWICH** said he messaged the VICTIM his age of 27 years old using one of the messenger applications.

30. **MATYLEWICH** said approximately two months prior, July 2023, the VICTIM provided **MATYLEWICH** her home address via DISCORD to meet each other in person. **MATYLEWICH** was told by the VICTIM that she got in trouble for meeting with him.

31. **MATYLEWICH** stated that the VICTIM told him she went to the hospital after

6

they met up.

### D. Interview of the VICTIM by NCCPD on 9/10/23

32. The VICTIM stated that **MATYLEWICH** picked her up on the morning of September 10, 2023, from the Quality Inn in New Jersey in his car. The VICTIM informed **MATYLEWICH** of her location at the Quality Inn.

33. VICTIM stated she met **MATYLEWICH** playing a PLAYSTATION game "Dead by Daylight" a few months ago. The VICTIM stated that **MATYLEWICH**'s username on PLAYSTATION was "dariusstyle".

34. The VICTIM advised that **MATYLEWICH** messaged her via his PLAYSTATION account in reference to the game. **MATYLEWICH** asked the VICTIM how old she was, which she told him, and then **MATYLEWICH** told her she was 27 years old.

35. The VICTIM stated she used her grandmother's phone to communicate with **MATYLEWICH** using her TIKTOK and SNAPCHAT account.

36. The VICTIM stated **MATYLEWICH** visited her a few times, and they would walk around the hotel.

### E. Interview of the VICTIM by a Child Forensic Interviewer on 9/13/23

37. The VICTIM explained that she met **MATYLEWICH** playing the game "Dead by Daylight" on PLAYSTATION 4. The VICTIM said **MATYLEWICH** messaged her and began a conversation with her via his PLAYSTATION account. They then began playing various games on PLAYSTATION.

38. The VICTIM also played the game FORTNITE with **MATYLEWICH**.

39. The VICTIM would text with the victim using SNAPCHAT, TIKTOK and through the PLAYSTATION messaging system. The VICTIM stated her TIKTOK name was

7

"vickym1ckey" and her SNAPCHAT username was "skyfrias".

40. **MATYLEWICH**'s TIKTOK name was "dariusstyle", however he had changed the name. **MATYLEWICH**'s username on SNAPCHAT was "dariusstyle".

41. The VICTIM told **MATYLEWICH** that she was 13 years old and **MATYLEWICH** told her that he was 27 years old. **MATYLEWICH** told the VICTIM he lived in Delaware.

42. VICTIM stated that **MATYLEWICH** picked her up from the Quality Inn in New Jersey. **MATYLEWICH** picked the VICTIM up in his vehicle. The VICTIM took a bookbag filled with her personal belongings.

43. The VICTIM stated **MATYLEWICH** communicated with her via SNAPCHAT when he arrived at the hotel in New Jersey.

44. **MATYLEWICH** transported the victim from the Quality Inn in New Jersey to his residence in Delaware (**SUBJECT PREMISES**).

45. Once at the residence, **MATYLEWICH** asked the VICTIM if she wanted to sleep in his bed. The VICTIM stated that she would sleep on the couch and **MATYLEWICH** asked her if she was sure that she wanted to sleep on the couch.

46. VICTIM stated she did not end up sleeping at **MATYLEWICH**'s house due to the Police calling his phone and eventually responding to the house.

47. The VICTIM explained that she previously met with **MATYLEWICH** in person when she was living in ▓▓▓▓▓▓▓. **MATYLEWICH** drove to her house and the walked around the neighborhood.

**F. Search Warrant on MATYLEWICH's Apple iPhone/Execution of Search Warrant**

48. On November 8, 2024, a search warrant was signed for MATYLEWICH's Apple

iPhone in the District of Delaware, by Magistrate Judge Sherry R. Fallon.

49. During the examination of the Apple iPhone, there were approximately 110 files of Child Sexual Abuse Material (CSAM) consisting of 96 images and 14 videos.

50. A majority of the CSAM was located within a folder on the iPhone under the photographs application listed as "Hidden". Within the "Hidden" folder, there were approximately 724 images and 26 videos.

51. The "Hidden" folder consisted of several images and videos depicting the VICTIM, as well as screenshots of conversations between the VICTIM and **MATYLEWICH**.

**G. Interview with inmate, John Selover, reference MATYLWICH**

52. On March 20, 2024, a federal inmate, John Selover, housed at Federal Detention Center (FDC) Philadelphia was interviewed in reference to **MATYLWICH.**

53. Mr. Selover advised that he was previously a roommate with **MATYLWICH** while housed at FDC.

54. During Mr. Selover's time with **MATYLWICH, MATYLWICH** made several statements about his outstanding case including statements regarding his sexual activities with the VICTIM.

55. **MATYLWICH** also told Mr. Selover that he currently had an Apple IPAD, located at his residence (**SUBJECT PREMISES**), which contained the same images and videos that were located on his Apple iPhone, including the CSAM of the VICTIM.

56. **MATYLWICH** told Mr. Selover the images of the VICTIM transferred from his iPhone to the IPAD via the iCloud.

57. **MATYLWICH** also admitted to having images/videos of himself masturbating on the IPAD.

9

58. **MATYLWICH** told Mr. Selover that the IPAD was currently at his residence (**SUBJECT PREMISES**) and a friend of his mother's was bringing their child to the residence and was going to give the child access to his PLAYSTION and the IPAD.

*Brian S. Mitchell*
Brian S. Mitchell
Special Agent
Federal Bureau of Investigation

This affidavit was sworn to by the affiant
by telephone after a PDF was transmitted
by email, per Fed. R. Crim. P. 4.1, 41(d)(3),
this __15th__ day of April 2024

HON. SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

**PROPERTY TO BE SEARCHED**

The property to be searched is the following:

- ███████████████████████

The residence known as ███████████████████████████ ("SUBJECT PRESMISES") is a three story townhouse with residences on both sides of the property. The SUBJECT PREMISES has tan siding and dark green shutters with an attached garage with a white garage door on the exterior. The primary entrance to the SUBJECT PREMISES is facing Berwick Lane and the front exterior door is a dark green in color and has the number (7) in the middle of the door.

(Source: Photograph took by affiant on/about April 12, 2024)



AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>■■■■■■■■■■■■■■■■■■■■■■■■ | ) <br> ) <br> )   Case No.   24-110M <br> ) <br> ) <br> ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of   Delaware
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A", incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

an Apple IPAD, model number unknown, used by Darius Matylewich

**YOU ARE COMMANDED** to execute this warrant on or before   April 29, 2024   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   duty Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 15, 2024   12:52 p.m.

*Judge's signature*

City and state:   Wilmington, Delaware     U.S. Magistrate Judge Sherry R. Fallon
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Print   Save As...   Reset